judgment "the actual value in controversy" when the judgment does not fix the value certainly when construed in connection with the pleadings. Roth v. Stauble, Ky., 313 S.W.2d 269. Considering the factors affecting the value of a lessee's interest under an unexpired lease and the absence from the pleadings and judgment in this case of anything indicative of value, the judgment cannot be construed to fix the value certainly, to use the words of the statute.

 Appellant has made a motion to remand this cause to the circuit court for a finding by it "regarding the jurisdictional amount involved". It is insisted that CR 75.08 permits correction by this Court of an omission by error or accident or misstatement in the record on appeal. CR 75.-08 concerns the correctness of the record on appeal when this Court has jurisdiction of the appeal. In the instant case, this Court does not have jurisdiction for the reason stated and, therefore, cannot consider the motion to remand.

Appeal dismissed.

PER CURIAM.

This is a motion for an appeal under KRS 21.080 to reverse a judgment for $600 for damage to appellees' dug well allegedly caused by the Coal Corporation's mining operations.

We have examined the record and the briefs, have discussed the case, and adjudge that the motion for an appeal should be, and it is, overruled, and the judgment is affirmed.

**Reed WEBB, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

June 20, 1958.

**GLO VALLEY COAL CORPORATION, Appellant,**

v.

**William HONSHELL et al., Appellee.**

Court of Appeals of Kentucky.

June 20, 1958.

Combs & Combs, Prestonsburg, for appellant.

Robert S. Wellman, Prestonsburg, for appellees.